```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
ELIJAH BOBBY WILLIAMS,

                Petitioner,

     - against -                        O R D E R

UNITED STATES OF AMERICA,               09 Civ. 2535 (NRB)
                                        00 CR 1008 (NRB)
                Respondent.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Petitioner's motion requesting appointment of counsel in his petition for habeas corpus is denied at this time. We have examined the petition closely and have concluded that a hearing is not likely to be necessary to resolve the issue presented. Accordingly, since the case may fairly be heard on written submissions, the appointment of counsel is not warranted. See generally, Cooper v. A. Sargenti Co., 877 F.2d 170, 172 (2d Cir. 1989). Thus, the application is denied without prejudice to reconsideration at a later time should future developments warrant a different result.

**SO ORDERED.**

Dated:   New York, New York
         May 22, 2009

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to
the following:

Elijah Bobby Williams
#02152-748
USP Caanan
P.O. Box 300
Waymart, PA 18473-0800